42 U.S.C. 1983  Constitutional Rights          7/7/14

Conditions of Confinement Suit/Deliberate Indifference

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

ALL PLAINTIFFS LISTED ON SEPARATE SHEET

VS.

SHeriFF WAYNE ANDERSON
        (DEFENDANT)

CHIEF JAILOR MAJOR GREGG SIMCOX
        (DEFENDANT)

ADMINISTRATIVE LIEUTENANT
BRENDA HENSLEY
        (DEFENDANT)

SHIFT SUPERVISOR LIEUTENANT
GORDON LIGHT
        (DEFENDANT)

ALL SUED IN INDIVIDUAL and OFFICIAL CAPACITY

JURY TRIAL DEMANDED
COMPLAINT FOR MONEY DAMAGES AND INJUNCTION

Requesting: Compensatory damages, Nominal Damages,
Punitive DAmages, Injunctive relief, Declatory relief,
Emotional Distress
ALSO REQUESTING: CLASS ACTION STATUS

Inmates have exhausted all grievance Procedures.
Facility Continues to ignore the grievance procedure and
the right to redress.

All DEFENDANTS are employed at the Sullivan County Jail
P.O. Box 610 Blountville TN., 37617

All PLAINTIFFS are currently encarcerated at the
Sullivan County Jail  P.O. Box 610 Blountville TN, 37617

PLAINTIFFS have not filed suit in any other Courts

All PLAINTIFFS request pro se inmates for in forma pauperis

All PLAINTIFFS request legal council

All PLAINTIFFS request consent order for preliminary
injunction and protective order

All PLAINTIFFS request the U.S. Marshalls office
Serves Summons on all defendants.

7/7/14

    The grievance procedure here at the Sullivan County Jail is a joke! Officials pick and choose if and when they respond to grievances. The grievance form itself does not have bleed sheets to where the inmate can get an immediate copy of the grievance making it very easy for jail officials to discard the forms. The entire facility (main jail and the annex) has major issues with the officials violating inmate rights on a daily basis! From about 6:00 p.m. - 6:00 a.m. the facility (main jail and annex) has a staggering temperature every single day of 50°F - 55°F. The facility gets so cold that inmates take 2-4 showers a day to get warm! Inside the cells are huge vents that constantly blows hard and heavy ice cold air even through a snow storm. Inmates sleep with thermal tops, thermal bottoms, uniforms, socks, and home made hats, with a blanket and it is not enough clothing to stay warm! Inmates are always sick with runny noses! The jail issues only 1 uniform per inmate. Laundry for uniforms are at night twice a week. You must put your uniform in the cell laundry bag at night. They do not issue another one. Inmates are exposed to the harsh temperature all night and most of the mornings to extreme temperatures most only wearing t-shirts and underwear! New inmates don't even have t-shirts because the facility doesn't issue them. New inmates or inmates who can't afford to buy t-shirts or thermals off commissary can't get a clean uniform at all because its just way too cold. The facility requires inmates to wear uniforms at any time your out of your bank during the day. Hand washing a uniform is out of question early during the day when temperatures are not as extreme because officials will not give a food tray to the inmates. Almost all of the plaintiffs have been sick, just got over being sick, or is about to get sick. Request forms, grievances, verbal complaints

and letters have been made on an everyday basis and they continue to land on deaf unattentative ears! It has been this way at the Sullivan County Jail for years! Some inmates can testify about the extreme conditions, got released from jail, and came back to the extremely poor conditions weeks, months, or years later! The Administrative Lieutenant Brenda Hensley is the person responsible for answering grievances. Some days for head count Shift Supervisor Gordon Light forces inmates to remove staffed paper from the vents by revoking television privileges forcing cell temperatures to creep into the high forties fehrenheit ~~conditions~~! Obviously jail officials are trained to violate human rights by Sheriff Wayne Anderson and Chief Jailer Major Gregg Simcox. Jail officials hear complaints everyday about the extreme cell temperatures! They say that they have no control over the temperatures! Rather true or not it still does not change the fact that an official repair man can be called to fix or adjust the problem! The facility does not issue any shirts at all! Inmates keep runny noses and are only issued 1 roll of toilet paper per week getting harshly rebuked if they ask for an extra roll! Officials also allow inmates to wash blankets once every other month. When they do its at night also exposing inmates to extreme cold temperatures without a replacement blanket!

P.S.-Attached is an actual Grievance form to show that grievance forms do not have bleed sheets like the sick call forms and the trustee forms. Grievances are ignored and discarded at will!!!

# PLAINTIFFS

7/7/14

I testify that the afore said is true under the penalty of Perjury

Sham Hatcher      Sham Hatcher      59614

Present    P.O. Box 610 Blountville TN. 37617

Permanent   1931 Mountain View Ave. Kingsport TN. 37664

Mosiah Armstrong 59595

Dakota J Dooton 58922

N. McNew 42012

~~Chris~~ ~~39413~~

DUSTIN HUBMANN 39413

Nick Holden 38825

Travis Childress 42169

David Wilson 420628

Shaun Luster 19243

Adam Moorefield 41941

Clyde Nixon     54745 — Clyde Nixon

Matthew White 41188   # ~ matthew white

(VEGAS!) C.R. RENSHAW 22711

Thomas Smith 58976

Johnny Davis 18869

Lawton McNutt 57919

John Minor - 42841   ~~signature~~

George Lawson 28268   George Lawson

Jeff Clark 43495

Josiah Loftin 54021

~~signature~~     32548

Ricky Clark #59372

Joseph A. Tester #26005   Jay Tester

Adam Wright #21267

Willie Puckett

William H. Fletcher

Keirn Guy     #31160
JM Clark    #48495

## Sullivan County Sheriff's Office
# CORRECTIONAL FACILITY INMATE GRIEVANCE FORM

Inmate Name: _____     Cell: _____

Complaint: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate's Signature: _____     Date: _____


**Reviewed by Shift Supervisor:**     θ Grievance resolved (give details)

θ Sent to Grievance Officer for further consideration

_____

_____

_____

_____

_____

_____

_____

Signature: _____     Date: _____


θ Inmate wants to appeal this decision to the Grievance Officer.

Case 2:14-cv-00213-JRG-DHI     Document 1     Filed 07/08/14     Page 7 of 7     PageID #: 7

79JGRV.DOC/sl                                                      SCSO Form 079